UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 JUN 22 P 4: 24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.                                                                                         Case No. **3:94-cr-119-J-99HTS**

WALTER H. PARKER
_____/

### ORDER REVOKING SUPERVISED RELEASE

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on June 21, 2007. The defendant appeared with counsel, Reginald Luster. Also present was the Probation Officer. No one appeared for the Government.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materially violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is therefore, **ORDERED AND ADJUDGED**:

1. The Supervised Release provided in the Order Revoking Supervised Release entered September 24, 2004 (Dkt. #60) as to the above-named defendant is hereby **REVOKED**.

2. The defendant, **WALTER H. PARKER**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **ELEVEN (11) MONTHS.**

3. The restitution as ordered in the Judgment and Commitment Order entered November 22, 1994 (Dkt #26) shall remain in full force and effect with credit given for any

amounts already paid by the defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 21st day of June, 2007.

JOHN H. MOORE II
United States District Judge

Copies to:
    Defendant c/o Counsel
    Reginald Luster - Counsel for Defendant
    Dale Campion - AUSA
    U.S. Marshal
    U.S. Bureau of Prisons
    U.S. Probation Office